FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION

2014 JUL -2 AM 9: 37

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

Terry Lee Scott,
   Plaintiff

v.   Case No. 8:14 cv 1620 T 33 TGW
   (To be assigned by Clerk of District Court)

Patrick R. Donahoe, Postmaster General,
United States Postal Service, Agency
   Defendant(s)

# COMPLAINT

I.   State the grounds or reasons for filing this case is Federal Court (i.e., breach of contract. violation of constitutional right, challenge to law/statute) (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Violation of the 1973 Rehabilitation Act, American with Disabilities Act, EEOC Regulations. Title 29, Code of Federal Regulations. The Civil Rights Act of 1964 and American Postal Workers Union, Collective Bargaining Agreement 2010-2015 and National Labor Relations Act.

II.   Plaintiff, Terry Lee Scott is a citizen of United States and is domiciled at 1717 Palm Warbler Ln, Ruskin Florida, 33570-7959 in the county of Hillsborough.

III.   Defendant(s),

      Patrick R. Donahoe, Postmaster General, United States Postal Service Agency.
      its business is located at 475 L'Enfant Plaza SW, Washington DC 20260-0010

IV.   Venue

      Where did the events giving rise to this claim take place? Tampa Plant & Distribution Center, 3501 West Bessie Coleman Blvd, Tampa Florida 33630.

V.   Statement of Facts (State as briefly and clearly as possible the facts of your case. Describe how each defendant is involved and what each defendant personally did or failed to do, which resulted in harm to you. Include the names of other people involved along with dates and places. Take time to organize your statement. Each fact should be a separate sentence, and each sentence should be consecutively numbered. Please make each sentence a separate numbered paragraph.)

1. On October 26, 1996, I was hired as a disabled veteran with ten point veteran's preference. The position I was hired for was a Distribution Manual Clerk. Prior to employment, the United States Postal Service was aware of my disability. My disability did not interfere in anyway with being able to perform in the position for which I was hired.

2. On February 21, 2012, I was given a notification of a different assignment. The assignment was as a Mail Processor Distribution Clerk/Automation position. My disability interferes with my ability to perform the physical requirements for the position.

3. On February 23, 2012, I reiterate to the agency of my service connected disability. Instead of being referred to the District Reasonable Accommodation Committee, repeatedly management made attempts, to coerce me into applying for light duty. FMLA documents were on file, to support my disability.

4. On February 25, 2012, my scheduled reporting time was changed form 2000-0200 to 2300-0630. As a result of this action, I am the only employee in manual distribution reporting at 2300-0630, physically difficult work hours. On March 5, 2012, I was scheduled as a light duty employee.

5. Ronald Merriweather, a disabled veteran with preference, was accommodated and remains within the position of manual distribution clerk, with a desirable work schedule (2000-0330). Dade Gifford and several other non-veteran/ non career employees, without disabilities were accommodated.  Their scheduled were changed to preferred desirable hours.

6. Under the term and condition of employment as employee with disabilities, reasonable accommodation was not considered or provided.  The agency dismissed my complaint based on being in accordance with the contractual bargaining agreement, without considering the claim of a violation of the Rehabilitation Act and retaliation. I was treated differently than other employees, because of my prior involvement in EEO activities.

VI.   Statement of claim (In separately numbered sentences or counts, please state each claim you are making.  For example, breach of contract, violation of the Constitutional rights, or violation of statute.  For each claim, list each defendant that the claim is against.  Describe specifically the wrongful conduct, action, or failure to act.   Be as specific as possible. Take time to organize your statement. It is not necessary to make legal arguments, or to cite cases or statutes.   You may use additional paper if necessary):

1. On May 14, 2013, Supervisor Gehi Lee aggressively came in to the plaintiff case poking the post card the plaintiff was holding, SDO Lee striking the plaintiff. The plaintiff made several attempts to explain that SDO Lee hit her to MDO Ronald Lawrence when he start calling the plaintiff names "disruptive and always disrupting this operation". MDO Ronald Lawrence, WALKED ME OUT OF THE POST OFFICE with MDO Bruce Koralewski in agreement?

2. The Agency asserted the Collective Bargaining Agreement 2010-2015 for placing me in a difficult work assignment based on seniority and veteran's preference. The Agency failed to properly address placing the plaintiff in difficult work assignment after opposing the action of placing younger workers in the hours plaintiff requested to work. See case 1G-336-0047-11.

3. The American Postal Worker Union, Collective Bargaining Agreement, Article 2, Non-Discrimination and Civil Rights read as Section 1. Statement of Principle-the Employers and the Union agree that there shall be no discrimination by the Employer or the Union against employees because of race, color, creed, religion, national origin, sex age, or marital status. In addition, consistent with the other provisions of this Agreement, there shall be no unlawful discrimination against handicapped employees, as prohibited by the Rehabilitation Act.

4. The American Postal Workers Union, Collective Bargaining Agreement, Article 5, and Prohibition of Unilateral Action –the Employer will not take any actions affecting wages, hours and other terms and conditions of employments defined in Section 8(d) of the National Labor Relations Act which violate the terms of this Agreement or are otherwise inconsistent with its obligations under law.

VII. Relief: State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

    Stop and correct the discriminatory practice of retaliation because of my involvement in EEO activities. Compensatory damages within the statutory entitlement.

VIII. Money damages:

    Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?   Yes

    Compensatory damages within the statutory entitlement.

IX. Jury Trial Demand

Are you seeking a jury trial in this case?   No

X.   Additional Information:

Retaliation and harassment is ongoing with management. The plaintiff is assigned new work assignments every 90 days approximately.   I am once again involuntarily placed into a light duty status as of April 2014.

_____
Signature of Plaintiff
1717 Palm Warbler Ln
813-645-0951
terlesct@yahoo.com

_____
Date   2 July 2014