UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY LEE SCOTT,

       Plaintiff,

vs.                            Case No. 8:13-cv-1620-T33TGW

PATRICK R. DONAHOE, Postmaster
General, United States Postal
Service, Agency,

       Defendant.
_____/

**ORDER TO SHOW CAUSE**

This matter comes before the Court <u>sua</u> <u>sponte</u>.  On July 2, 2014, Plaintiff Terry Lee Scott filed a complaint alleging violations of the "1973 Rehabilitation Act, American with Disabilities Act, EEOC Regulations, Title 29, Code of Federal Regulations, the Civil Rights Act of 1964 and American Postal Workers Union, Collective Bargaining Agreement 2010-2015 and the National Labor Relations Act." (Doc. # 1). Relying on Scott's proof of service (Doc. # 12), it appears that Scott served by mail Mr. Robert J. Barnhart, EEOC, Mr. Patrick Donahoe, Postmaster General, Mr. Eric Holder, Attorney General of the United States, and Ms. Pam Bondi, Office of Attorney General. However, upon further review, it appears service has not been properly effected in accord with Rule 4(i).

According to Fed. R. Civ. P. 4(i), which addresses serving the United States and its agencies, corporations, officers, or employees:

**(1) United States.** To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.

(C) if the action challenges an order of a non-party agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i).

A review of the file reveals that although Scott has complied and sent the summons and complaint to the Attorney General of the United States and sent a copy to the officer of the agency, Scott has not served a copy of the summons and

complaint on the United States Attorney's Office in Tampa, Florida, which is required under Rule 4(i). (Doc. # 12).

Scott is thus ordered to properly serve the United States Attorney's Office in Tampa, Florida by November 14, 2014. Failure to do so will result in the dismissal of this action without prejudice.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Terry Lee Scott shall serve the United States Attorney's Office in Tampa, Florida, pursuant to Rule 4(i) by November 14, 2014. Failure to do so will result in the dismissal of this action without prejudice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 31st day of October, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All parties of record