========================================================================================================

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

*JUDGMENT IN A CIVIL CASE*

**TERRY LEE SCOTT**

VS.  CASE NUMBER: 8:14-cv-1620-VMC-TGW

**PATRICK R. DONAHOE,
POSTMASTER GENERAL,
UNITED STATES
POSTAL SERVICE**

_____/

**Jury Verdict.**   This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that Judgment is in favor of the Defendant.

April 9, 2019                                                                  ELIZABETH M. WARREN, CLERK

/s/T. Lee
(By) T. Lee, Deputy Clerk