UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No.: 8-14-cv-01620-VMC-TGW

**TERRY LEE SCOTT,**

    **Plaintiff**

**v.**                                              **NOTICE OF APPEAL**

**PATRICK R. DONAHOE,**
**POSTMASTER GENERAL,**
**UNITED STATES**
**POSTAL SERVICE,**

    Defendants
_____/

Notice is hereby given that Plaintiff, **TERRY LEE SCOTT,** in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from the Oral Order of 04/09/2019, ECF No. 124, Denying Plaintiff's Motion for Directed Verdict, ECF 122; Jury Verdict, ECF 126 and Clerk's Final Judgment, ECF 127 of April 9, 2019; and the Order of July 2, 2019, ECF 145, Denying the Plaintiff's Amended Motion for Judgment as a Matter of Law, ECF No.136.

                                                           */s/ Kennan G. Dandar*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 31ST day of July 2019, this document was electronically filed with the court CM/ECF.

*/s/ Kennan G. Dandar, Esq.*
Kennan G. Dandar, Esq.
Florida Bar No. 289698
Post Office Box 24597
Tampa, Florida 33623-4597
813-289-3858/Fax: 813-287-0895
EF.KGD@dandarlaw.net (Court Desig.)
EF.dmw@DandarLaw.net (Court Desig)
Counsel for Plaintiff/Appellant